954

No. 585, Misc. BOWERS *v.* STEINER, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 587, Misc. AMSLEY *v.* STEINER, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 589, Misc. HOUSE *v.* SWOPE, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 591, Misc. FAIR *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 594, Misc. CORONA ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 595, Misc. HARRISON *v.* SETTLE, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 598, Misc. REYNOLDS *v.* MARTIN, WARDEN. C. A. 2d Cir. Certiorari denied.

·No. 602, Misc. BURGEE *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 766. CANTWELL *v.* CANTWELL, *ante,* p. 225;
No. 834. GINSBURG *v.* STERN ET AL., *ante,* p. 932; and
No. 463, Misc. BROWN *v.* UNITED STATES, *ante,* p. 924. Petitions for rehearing denied.